IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **JOSE TERRON, ID # 1672458,** ) | |
| Petitioner, ) | |
| vs. ) | No. 3:13-CV-2292-P (BH) |
| ) | |
| **WILLIAM STEPHENS, Director,** ) | Referred to U.S. Magistrate Judge |
| **Texas Department of Criminal** ) | |
| **Justice, Correctional Institutions Division,** ) | |
| Respondent. ) | |

**RECOMMENDATION REGARDING REQUEST TO PROCEED
IN FORMA PAUPERIS ON APPEAL**

Pursuant to 28 U.S.C. § 636(b) and *Amended Miscellaneous Order No. 6* (adopted by *Special Order No. 2-59* on May 5, 2005), requests to proceed *in forma pauperis* are automatically referred to the United States Magistrate Judge.

Before the Court is the *Application to Proceed Without Prepayment of Fees and Affidavit* on appeal, received October 7, 2013 (doc. 16).

(**X**)   The motion for leave to proceed *in forma pauperis* on appeal should be GRANTED.

(   )   The motion for leave to proceed *in forma pauperis* on appeal should be DENIED because the movant has not shown that he is a pauper.

**If the Court denies the request to proceed** *in forma pauperis* **on appeal, movant may challenge such denial by filing a separate motion to proceed** *in forma pauperis* **on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4).** *See* **Fed. R. App. P. 24(a)(5).**

**SIGNED this 26th day of August, 2014.**

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE