**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **JOSE TERRON, ID # 1672458,** )<br>        Petitioner, ) | |
| vs. ) | No. 3:13-CV-2292-P (BH) |
| ) | |
| **WILLIAM STEPHENS, Director,** )<br>**Texas Department of Criminal** )<br>**Justice, Correctional Institutions Division,** )<br>        Respondent. ) | |

**ORDER OF THE COURT ON RECOMMENDATION REGARDING**
**REQUEST TO PROCEED IN FORMA PAUPERIS ON APPEAL**

Considering the record in this case and the recommendation of the Magistrate Judge, the Court hereby finds and orders:

( X )   The motion for leave to proceed *in forma pauperis* on appeal is GRANTED.

(   )   the motion for leave to proceed *in forma pauperis* on appeal is DENIED because movant has not shown that he is a pauper.

(   ) Although this Court has denied movant permission to proceed with this case *in forma pauperis*, movant may challenge this finding pursuant to *Baugh v. Taylor*, 117 F. 3d 197 (5th Cir. 1997), by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within 30 days of this order.  *See also* Fed. R. App. P. 24(a)(5).

**DATE: September 16, 2014.**

_____
**JORGE A. SOLIS**
**UNITED STATES DISTRICT JUDGE**